# EXHIBIT C

| | |
|---|---|
| **From:** | Deborah Ostvig |
| **To:** | Gigi Gilbert; Pam Walker |
| **Cc:** | Michael Kujawa |
| **Subject:** | RE: Kailin v Gurnee - 19-cv-04703 |
| **Date:** | Tuesday, July 27, 2021 5:44:00 PM |

I apologize, I meant July 30, 2021.

**DEBORAH A. OSTVIG**

Partner
Direct:(312) 345-5753
Main:  (312) 345-5700
Fax:   (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Deborah Ostvig
**Sent:** Tuesday, July 27, 2021 5:43 PM
**To:** Gigi Gilbert <gigigilbert@gigigilbert.com>; Pam Walker <pwalker@schainbanks.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>
**Subject:** RE: Kailin v Gurnee - 19-cv-04703

Gigi,

The Motions for Summary Judgment are due on August 9, 2021.  As such, I request you respond by Friday, July 20, 2021.

**EXHIBIT C**

Thank you.

**DEBORAH A. OSTVIG**

Partner
Direct:(312) 345-5753
Main:  (312) 345-5700
Fax:   (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Sent:** Tuesday, July 27, 2021 5:28 PM
**To:** Deborah Ostvig <dostvig@schainbanks.com>; Pam Walker <pwalker@schainbanks.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>
**Subject:** Re: Kailin v Gurnee - 19-cv-04703

I need additional time to respond.

> Gigi Gilbert
> Law Offices of Gigi Gilbert
> 53 W. Jackson, Suite # 356
> Chicago, IL 60604
> (312) 554-0000
> (312) 554-0015 fax
> Attorney No.: 6199394

# EXHIBIT C

**From:** Deborah Ostvig <dostvig@schainbanks.com>
**Date:** Monday, July 26, 2021 at 6:45 PM
**To:** Pam Walker <pwalker@schainbanks.com>, 'Gigi Gilbert' <gigigilbert@gigigilbert.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>
**Subject:** RE: Kailin v Gurnee - 19-cv-04703

Gigi,

Please advise regarding the correspondence sent on July 21, 2021 (see below) regarding our MSJ and the Statement of Undisputed Material Facts.

Best regards,


DEBORAH A. OSTVIG

Partner
Direct:(312) 345-5753
Main:  (312) 345-5700
Fax:   (312) 619.4877
dostvig@schainbanks.com

SCHAIN BANKS

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Pam Walker <pwalker@schainbanks.com>
**Sent:** Wednesday, July 21, 2021 12:27 PM

EXHIBIT C

**To:** 'Gigi Gilbert' <gigigilbert@gigigilbert.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>; Deborah Ostvig <dostvig@schainbanks.com>
**Subject:** Kailin v Gurnee - 19-cv-04703

Gigi, attached find Motion for Summary Judgment correspondence, Judge Ellis' Standing Order, and Local Rule 56.1 Joint Statement of Undisputed Material Facts.

Thanks,
Pam

**PAM WALKER**

Legal Assistant
Direct:(312) 345-5703
Main:  (312) 345-5700
Fax:   (312) 345-5701
pwalker@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300 – PLEASE NOTE OUR NEW SUITE NUMBER
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.