# EXHIBIT D

| | |
|---|---|
| **From:** | Deborah Ostvig |
| **To:** | Gigi Gilbert; Pam Walker |
| **Cc:** | Michael Kujawa |
| **Subject:** | RE: Kailin v. Greer and Gurnee |
| **Date:** | Tuesday, July 27, 2021 6:20:00 PM |
| **Attachments:** | Joint Statement of Material Facts - 07-21-2021.pdf |
| | Gilbert - MSJ Correspondence - Kailin v Gurnee - 07-21-2021.pdf |

Gigi,

You asked for the July 15, 2021 documents which were the Greer documents and are the documents I resent. We sent the Metcalf documents on July 21, 2021. Those documents are attached.

Debbie


**DEBORAH A. OSTVIG**

Partner
Direct: (312) 345-5753
Main: (312) 345-5700
Fax: (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois 60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz, Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz, Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Sent:** Tuesday, July 27, 2021 6:16 PM
**To:** Deborah Ostvig <dostvig@schainbanks.com>; Pam Walker <pwalker@schainbanks.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>

# EXHIBIT D

**Subject:** Re: Kailin v. Greer and Gurnee

Dear Deborah,

      I now have Kailin vs. Greer MSJ documents twice and nothing for Metcalf which is what I think you mean by the multiple emails and dates. Please resend Metcalf MSJ documents.

    Gigi Gilbert
    Law Offices of Gigi Gilbert
    53 W. Jackson, Suite # 356
    Chicago, IL 60604
    (312) 554-0000
    (312) 554-0015 fax
    Attorney No.: 6199394

---

**From:** Deborah Ostvig <dostvig@schainbanks.com>
**Date:** Monday, July 26, 2021 at 6:45 PM
**To:** Pam Walker <pwalker@schainbanks.com>, Gigi Gilbert <gigigilbert@gigigilbert.com>
**Cc:** Michael Kujawa <mkujawa@schainbanks.com>
**Subject:** RE: Kailin v. Greer and Gurnee

Gigi,

Please advise regarding the correspondence sent on July 15, 2021 (see below) regarding our MSJ and the Statement of Undisputed Material Facts.

Best regards,

**DEBORAH A. OSTVIG**

Partner
Direct:(312) 345-5753
Main:  (312) 345-5700
Fax:   (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The

information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Pam Walker <pwalker@schainbanks.com>
**Sent:** Thursday, July 15, 2021 1:20 PM
**To:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Cc:** Deborah Ostvig <dostvig@schainbanks.com>; Michael Kujawa <mkujawa@schainbanks.com>
**Subject:** Kailin v. Greer and Gurnee

Gigi, attached find Defendants' Summary Judgment Correspondence, as well as Judge Ellis' Summary Judgment Standing Order, and Defendants' Local Rule 56.1 Joint Statement of Material Facts.

Thanks,
Pam


PAM WALKER

Legal Assistant
Direct:(312) 345-5703
Main:  (312) 345-5700
Fax:   (312) 345-5701
pwalker@schainbanks.com

SCHAIN BANKS

70 W. Madison Street, Suite 2300 – PLEASE NOTE OUR NEW SUITE NUMBER
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

**EXHIBIT D**

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.