**EXHIBIT E**

| | |
|---|---|
| **From:** | Gigi Gilbert |
| **To:** | Michael Kujawa; Pam Walker; Deborah Ostvig |
| **Subject:** | Mercado/Metcalf/Greer |
| **Date:** | Friday, July 30, 2021 12:05:44 PM |

Dear counsels,

    I need until Monday on all matter. Thank you and stay safe.

Gigi Gilbert
Law Offices of Gigi Gilbert
53 W. Jackson, Suite # 356
Chicago, IL 60604
(312) 554-0000
(312) 554-0015 fax
Attorney No.: 6199394