# EXHIBIT F

| | |
|---|---|
| **From:** | Deborah Ostvig |
| **To:** | Gigi Gilbert; Michael Kujawa; Pam Walker |
| **Subject:** | RE: Mercado/Metcalf/Greer |
| **Date:** | Thursday, August 5, 2021 5:27:00 PM |

Gigi,

See the docket entries below confirming that August 9, 2021 is the deadline for the MSJs in both Greer and Metcalf. I will not entertain your responses tomorrow, as I too have other deadlines.

## Greer [DKT No. 74]

**The Court resets the briefing schedule as follows: Defendants' motion for summary judgment is due by 8/9/21; Plaintiffs' response is due by 9/7/21; and Defendants' reply is due by 9/21/21. The Court strikes the status hearing set for 12/14/21 and resets it to 1/26/22 at 9:30 a.m. for ruling on the motion for summary judgment. Mailed notice(rj, )**

## Metcalf [DKT No. 55]

**The Court sets the following briefing schedule on Defendants' summary judgment motion: Defendants' motion for summary judgment is due by 8/9/2021; Plaintiffs' response is due by 9/7/2021; and Defendants' reply is due by 9/21/2021. Status hearing set for 6/9/2021 is stricken and reset to 1/18/2022 at 9:30 AM for ruling.**

DEBORAH A. OSTVIG

Partner
Direct:(312) 345-5753
Main: (312) 345-5700
Fax: (312) 619.4877
dostvig@schainbanks.com

SCHAIN BANKS

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois 60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies.

# EXHIBIT F

The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

---

**From:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Sent:** Thursday, August 5, 2021 5:21 PM
**To:** Deborah Ostvig <dostvig@schainbanks.com>; Michael Kujawa <mkujawa@schainbanks.com>; Pam Walker <pwalker@schainbanks.com>
**Subject:** Re: Mercado/Metcalf/Greer

You have delayed the matter by filing the MSJ without following the proper procedures which was **stricken**. I believe the due dates were different but can't verify now because this is due today. I will get you my response before noon tomorrow.

---

**From:** Deborah Ostvig <dostvig@schainbanks.com>
**Date:** Thursday, August 5, 2021 at 5:18 PM
**To:** Gigi Gilbert <gigigilbert@gigigilbert.com>, Michael Kujawa <mkujawa@schainbanks.com>, Pam Walker <pwalker@schainbanks.com>
**Subject:** RE: Mercado/Metcalf/Greer

Gigi,

The motions are due on Monday (August 9, 2021). I believe I have more than patient waiting for your responses as I too have other cases and deadlines and understand those pressures. That said, I can't give you any more time. As stated below, there isn't sufficient time to properly negotiate a joint statement of facts. We have not delayed in this matter and are not subject to your schedule, but the Court's. As such, we will proceed as outlined below.

**DEBORAH A. OSTVIG**
Partner
Direct:(312) 345-5753
Main: (312) 345-5700
Fax: (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois 60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Sent:** Thursday, August 5, 2021 5:03 PM
**To:** Deborah Ostvig <dostvig@schainbanks.com>; Michael Kujawa <mkujawa@schainbanks.com>; Pam Walker <pwalker@schainbanks.com>
**Subject:** Re: Mercado/Metcalf/Greer

I am working on those but have a settlement letter due *today* in Rhyme vs. Seiber before Magistrate Cummings. I need additional time…

**From:** Deborah Ostvig <dostvig@schainbanks.com>
**Date:** Thursday, August 5, 2021 at 5:00 PM
**To:** Gigi Gilbert <gigigilbert@gigigilbert.com>, Michael Kujawa <mkujawa@schainbanks.com>, Pam Walker <pwalker@schainbanks.com>
**Subject:** RE: Mercado/Metcalf/Greer

Gigi,

We still have not received any substance response regarding the Greer and Metcalf Joint Statement of Facts. We are under deadline to file the motions on Monday, August 9, 2021. At this point, if there is any disagreement with the facts as stated, there is not enough time to present any points of disagreement to the Court. As such, I will be filing a statement of material facts and providing a separate declaration as to why we were unable to file a joint statement of material facts to the Court as outlined in Judge Ellis' standing orders.

Best regards,

**EXHIBIT F**

**DEBORAH A. OSTVIG**

Partner
Direct:(312) 345-5753
Main:  (312) 345-5700
Fax:   (312) 619.4877
dostvig@schainbanks.com

**SCHAIN BANKS**

70 W. Madison Street, Suite 2300-- PLEASE NOTE OUR NEW SUITE #
Chicago, Illinois  60602
www.schainbanks.com



**Please consider our environment before printing this email.**

Important: The pages accompanying this e-mail originate from the law firm of Schain, Banks, Kenny & Schwartz,Ltd. and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to view, disclose, copy, distribute or use the contents of this message if you are not the intended recipient. Please notify the sender, by electronic mail or telephone – (312) 345-5700, of any unintended recipients and delete the original message without making any copies. The contents may not be copied or distributed without this disclaimer. All personal messages express views solely of the sender, which are not to be attributed to Schain, Banks, Kenny & Schwartz,Ltd.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by Schain, Banks, Kenny & Schwartz, Ltd. for any loss or damage arising in any way from its use.

**From:** Gigi Gilbert <gigigilbert@gigigilbert.com>
**Sent:** Friday, July 30, 2021 12:06 PM
**To:** Michael Kujawa <mkujawa@schainbanks.com>; Pam Walker <pwalker@schainbanks.com>; Deborah Ostvig <dostvig@schainbanks.com>
**Subject:** Mercado/Metcalf/Greer

Dear counsels,

>I need until Monday on all matter. Thank you and stay safe.

Gigi Gilbert
Law Offices of Gigi Gilbert
53 W. Jackson, Suite # 356
Chicago, IL 60604
(312) 554-0000
(312) 554-0015 fax
Attorney No.: 6199394